UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PEDRO BERNAL, | ) | No. CV 11-1056-GHK (AGR) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| TERRI GONZALEZ, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that (1) ground Three is denied without prejudice and (2) the petition is denied in all other respects with prejudice.

DATED: 11/25/13

_____
GEORGE H. KING
United States District Judge